*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *400 United States Courthouse* | DIRECT: 301-344-4032 |
| *United States Attorney* | *6500 Cherrywood Lane* | MAIN: 301-344-4433 |
| | *Greenbelt, MD 20770-1249* | FAX: 301-344-4516 |
| *Deborah A. Johnston* | | TTY/TDD: 301-344-2426 |
| *Assistant United States Attorney* | | *Deborah.Johnston@usdoj.gov* |

March 1, 2010

The Honorable Alexander Williams, Jr.
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

    Re:    <u>**United States v. Jerry Lamont Bush and John Linwood Williams**</u>
              **Criminal No. AW-09-0542**

Dear Judge Williams:

      The case is presently scheduled for a motions hearing and pretrial conference on March 22, 2010 and a trial date of April 13, 2010. The government's motion response is due today, March 1, 2010.

      The government and counsel for both defendants are presently engaged in discussions which may resolve this matter without the necessity of a trial. As a result, the government, with the concurrence of counsel for both defendants, respectfully requests this court to change the March 22, 2010 hearing to a status conference and to defer the government's motions response to a date to be set at March 22, 2010 status conference.

      Your consideration of this request is appreciated.

                Very truly yours,

                Rod J. Rosenstein
                United States Attorney

        By:_____
                Deborah A. Johnston
                Assistant United States Attorney