**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0627

April 2, 2010

Jerry L. Bush, No. 50760-037
DC Correctional Treatment Facility
1901 D Street, SE
Washington, D.C. 20003

      Re: Appointment of Counsel
      Case No. AW 09-0542

Dear Mr. Bush:

  Due to an unforeseen conflict the court must replace Michael Lawlor, Esq. who was appointed yesterday to be your counsel. Both the Office of the Federal Public Defender and Mr. Lawlor have been excused from further involvement in your case. Your new lawyer is:

      Pat M. Woodward, Esq.
      1783 Forest Drive, Suite 330
      Annapolis, Maryland 21401
      202-246-4679

Mr. Woodward's fees and expenses will be paid by the court.

  By copy of this letter, I am notifying both the Office of the Federal Public, Michael Lawlor, and the United States Attorney's Office of my action.

      Sincerely,

      *William Connelly*
      William Connelly
      United States Magistrate Judge

cc:
Office of the Federal Public Defender
Michael Lawlor, Esq.
Pat M. Woodward, Esq.
Deborah Johnston, AUSA
Donna Shearer, CJA Supervising Attorney